IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv638-MHT |
| | ) | (WO) |
| WARDEN JONES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the plaintiff's motion for a temporary restraining order (doc. no. 62), it is ORDERED that the motion is denied.

***

In so deciding, the court notes that the plaintiff requests the same relief in his motion for temporary restraining order--termination of treatment with Prolixin--that he is seeking in his motion for preliminary injunction (doc. no. 49), which is pending before the United States Magistrate Judge.  Given the complex nature of the plaintiff's claim and the work the magistrate judge has already put into handling the

motion, it will be most efficient for the magistrate judge to address the plaintiff's request for relief in the first instance.  Further, as the court lacks the specialized knowledge required to make decisions about the plaintiff's medical treatment, it would not be in the plaintiff's best interest (and, indeed, would present a serious risk of being harmful to him) for the court to grant his request for a temporary restraining order at this time.

    DONE, this the 2nd day of November, 2015.

                                /s/ Myron H. Thompson  
                             **UNITED STATES DISTRICT JUDGE**