IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv638-MHT |
| | ) | (WO) |
| WARDEN JONES, et al., | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking discontinuation of certain medication and evaluation by a highly qualified psychiatrist.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 66) is adopted.

(2) The motion for preliminary injunction (doc. no. 49) is denied.

It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 2nd day of December, 2015.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**