IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| MAURICE BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv638-MHT |
| | ) | (WO) |
| WARDEN STRICKLAND, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction seeking to stop the forced administration of certain medication.  This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted; this case raises some serious issues that would be better

addressed on a more complete record, rather than on a preliminary injunction.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 145) is adopted.

(2) The motion for preliminary injunction (doc. no. 116) is denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 21st day of November, 2016.

             /s/ Myron H. Thompson  
             **UNITED STATES DISTRICT JUDGE**