IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MAURICE BULLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv638-MHT |
| ) | (WO) |
| WARDEN STRICKLAND, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION AND ORDER

The plaintiff, a state prisoner, filed a motion for preliminary injunction and a motion to compel injunctive relief challenging the sufficiency of his access to the law library and legal materials.  This case is before the court on the recommendation of the United States Magistrate Judge that these motions be denied.  There are no objections to the recommendation.  Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 200) is adopted.

(2) The motion for preliminary injunction (doc. no. 96) and the motion to compel injunctive relief (doc. no. 100) are denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 20th day of December, 2016.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**