IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MAURICE BULLOCK,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )    2:15cv638-MHT
                              )        (WO)
WARDEN JONES, et al.,         )
                              )
     Defendants.              )
```

### JUDGMENT

Upon consideration of the plaintiff Maurice Bullock's motion to dismiss (doc. no. 248), in which he requests that defendants Steve Walker and Tahir Siddiq be dismissed without prejudice, and defendants' responses, it is ORDERED, ADJUDGED, and DECREED that the motion to dismiss (doc. no. 248) is granted, and defendants Steve Walker and Tahir Siddiq are dismissed from this action without prejudice and terminated as parties to this action.

It is further ORDERED that plaintiff Maurice Bullock's motion to dismiss (doc. no. 250) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 19th day of December, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE