IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv638-MHT |
| | ) | (WO) |
| WARDEN JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of the plaintiff Maurice Bullock's motion to dismiss this case (doc. no. 256), it is ORDERED, ADJUDGED, and DECREED that the motion to dismiss is granted, and this case is dismissed in its entirety with prejudice. No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of January, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**